**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Aaron C. Schepler, SBN 019985
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Vertrue Incorporated, a Delaware corporation,<br><br>　　　　　　　　Defendant. | No.<br><br>(Formerly in the Encanto Justice Court, Maricopa County, Civil Action No. CC2008131925)<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant Vertrue Incorporated ("Defendant") hereby removes to this Court the above-captioned state-court action for the reasons described below.

1.　On or about June 18, 2008, Plaintiff Peter Strojnik ("Plaintiff") commenced the above-captioned action in the Encanto Justice Court, Maricopa County, alleging a violation of the Arizona Commercial Electronic Mail Act ("ACEMA"), A.R.S. § 44-1372, *et seq.*, and a violation of the Arizona Consumer Fraud Act, A.R.S. § 44-1521, *et seq.*

2.　On June 23, 2008, the Summons and Complaint were served on Defendant. Accordingly, this notice is filed within 30 days of Defendant's receipt, through service of

PHX 328,313,306v1

1  process or otherwise, of the initial pleading setting forth the claim for relief on which this
2  action is based.

3      3.   Plaintiff's state-court action constitutes a removable "civil action" under 28
4  U.S.C. § 1441.

5      4.   This Court has original jurisdiction over this action pursuant to 28 U.S.C.
6  § 1331 for the following reasons. Plaintiffs' Complaint asserts a claim under ACEMA, an
7  Arizona statute, which purports to regulate the sending of commercial electronic mail.
8  The federal CAN-SPAM Act, however, "supersedes any statute, regulation, or rule of a
9  State or political subdivision of a State that expressly regulates the use of electronic mail
10 to send commercial messages . . . ." 15 U.S.C. § 7707. Accordingly, the CAN-SPAM
11 Act completely preempts ACEMA. Because Plaintiff's ACEMA claim is completely
12 preempted by the CAN-SPAM Act, it "is considered, from its inception, a federal claim,
13 and therefore arises under federal law." *Valles v. Ivy Hill Corp.*, 410 F.3d 1071, 1075 (9th
14 Cir. 2005). Accordingly, Plaintiff's ACEMA claim is deemed to "arise under" the laws of
15 the United States, within the meaning of 28 U.S.C. § 1331.

16     5.   This Court has supplemental jurisdiction over Plaintiff's Arizona Consumer
17 Fraud Act claim pursuant to 28 U.S.C. § 1367(a), because that claim is "so related to
18 claims in the action within [the Court's] original jurisdiction that [it] form[s] part of the
19 same case or controversy under Article III of the United States Constitution." In his
20 Complaint, Plaintiff alleges that the purported ACEMA violation is a "per se" violation of
21 the Consumer Fraud Act. Thus, Plaintiffs' claims constitute a single case or controversy.

22     6.   Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.7, true and complete copies of
23 the Summons and Complaint are attached hereto as Exhibit A. These are the only
24 pleadings, process, or orders filed in the Encanto Justice Court prior to the filing of this
25 Notice of Removal.

PHX 328,313,306v1

1    7.    Pursuant to LRCiv 3.7, Defendant certifies that a copy of this Notice has
2    been filed with the Court Clerk, Encanto Justice Court, Maricopa County, as required by
3    28 U.S.C. §1446(d).

4    8.    This Notice is signed pursuant to Rule 11, Federal Rules of Civil Procedure,
5    in accordance with 28 U.S.C. § 1446(a) and LRCiv 3.7.

WHEREFORE, Defendant removes the above-entitled case from the Encanto Justice Court, Maricopa County, to this Court.

RESPECTFULLY SUBMITTED this 23rd day of July, 2008.

GREENBERG TRAURIG, LLP


By:  /s/ Aaron C. Schepler
     Aaron C. Schepler
     Attorneys for Defendant

3

PHX 328,313,306v1

## CERTIFICATE OF SERVICE

☐    I hereby certify that on _____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and mailed via U.S. Mail to the following CM/ECF registrants:

☒    I hereby certify that on July 23, 2008, I served the attached document by United States Mail on the following, who are not registered participants of the CM/ECF System:

Peter Strojnik
3030 N. Central Ave., Ste. 1401
Phoenix, AZ  85012
Plaintiff In Pro Per


/s    Marie E. Sanchez

*PHX 328,313,306v1*