# EXHIBIT A

# EXHIBIT A

327,249,150v1

Peter Strojnik, 6464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Plaintiff

## IN THE ENCANTO JUSTICE COURT

## MARICOPA COUNTY, STATE OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual | NO. CC2008 131 925 |
| Plaintiff, | SUMMONS |
| vs. | |
| VERTUE CORPORATION dba / aka ADAPTIVE MARKETING dba / aka FAMILY SAFETY REPORT, a foreign corporation. | |
| Defendant. | |

**Vertrue Incorporated**
United Corporate Services, Inc.
Suite 100
530 South 13th Street
Lincoln, Ne 68508

By certified mail return receipt requested Rule 4.2(c) (foreign entity)

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and the Complaint upon you, exclusive of the day of service. If served out of the State of Arizona – whether by direct mail, by registered or certified mail, or by publication – you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive the day of service. When process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of

-1-

process against it in this State, the insurer shall not be required to appear, answer or plead until the expiration of 40 days of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service by mail is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after the Affidavit of Compliance and return receipt of Officer's Return. RCP 4.1 and 4.2; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint. YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of the Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or Response upon plaintiffs' attorney.

A request for reasonable accommodations for persons with disabilities must be made to the division assigned to the case by the parties at least (3) three days before the scheduled court proceeding.

The name and address of the attorney for the plaintiffs is:

>   Peter Strojnik, Esq.
>   3030 North Central Avenue, Suite 1401
>   Phoenix, Arizona 85012-2712

SIGNED AND SEALED this date: 6-18-08



Clerk of Court

Peter Strojnik, 6464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Plaintiff

IN THE ENCANTO JUSTICE COURT

MARICOPA COUNTY, STATE OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual | NO. CC20081 31 925 |
| Plaintiff, | **COMPLAINT** |
| vs. | Violation of the Arizona Commercial Electronic Mail Act |
| VERTUE CORPORATION dba / aka ADAPTIVE MARKETING dba / aka FAMILY SAFETY REPORT, a foreign corporation. | Per Se Violation of the Consumer Fraud Act |
| Defendant. | |

Plaintiff alleges against Defendant as follows:

1) Plaintiff is a resident of the State of Arizona, Maricopa County. Plaintiff receives e-mails within the geographic and venue boundaries of this Court.

2) Venue is proper in this Court because Defendants caused the events which form the subject matter of this Complaint to occur at 3030 North Central Avenue, Phoenix, Arizona.

3) Defendant e-mailed to Plaintiff Exhibit 1 for the purpose of encouraging Plaintiff to purchase, rent, or invest in the property, goods or services of the type described in the e-mail.

4) Defendant are doing business in this state by virtue of their electronic e-mail distribution to the residents of this State.

-1-

5) Upon information and belief, the e-mails was sent from a computer located in this state and/or Defendant knew or had reason to know that Plaintiff's e-mail address is held by a resident of this State.

6) At the time of this filing it is unknown whether the statutory damages in this action exceed the jurisdictional amount of this Court; if evidence establishes that the amount of damages exceeds the jurisdictional amount of this Court, Plaintiff shall seek leave to remove the matter to the Superior Court of the State of Arizona.

**COUNT ONE**
(Violation of ACEMA)

7) Plaintiff realleges all allegations heretofore set forth.

8) The e-mail described above is an "unsolicited commercial electronic mail", that is, it is a commercial electronic mail message sent, without the consent of Plaintiff, by Defendant with whom Plaintiff does not have an established business relationship.

9) Plaintiff and Defendant do not have a prior or existing relationship formed by a voluntary communication between them, with or without an exchange of consideration, on the basis of an inquiry, application, purchase or use by the Plaintiff regarding products or services offered by the Defendant.

10) The Arizona Commercial Electronic Mail Act (ACEMA) provides that a sender of electronic mail shall not do any of the following acts:

a) Falsify electronic mail transmission information or other routing information for unsolicited commercial electronic mail.

b) Use a false or misleading information in the subject line.

c) Use a third party's internet address or domain name without the third party's consent for the purpose of transmitting electronic mail in a way that makes it appear that the third party was the sender of the mail.

11) ACEMA also provides that if a sender of electronic mail sends unsolicited mail or maintains a database for the purpose of sending unsolicited commercial electronic mail, the sender shall do the following:

a) Use the exact characters "ADV:" as the first four characters in the subject line of the unsolicited commercial electronic mail.

b) Provide a procedure that allows recipients, at no cost to the recipients, to easily do both of the following:

i) Remove themselves from the sender's electronic mail address lists so the recipients are not included in future electronic mailings from the sender. The sender shall have three business days to remove the recipient's electronic mail address from the sender's electronic mail address lists so the recipients are not included in future electronic mailings from the sender.

ii) Restrict the future sale or transfer of the recipient's electronic mail address information to another person or organization for the purpose of sending commercial electronic mail.

12) Plaintiff received the electronic mail, opened the electronic mail, reviewed the electronic e-mail, and otherwise spent time dealing with the electronic mail.

13) By sending the e-mail, Exhibit 1, to Plaintiff, Defendant violated ACEMA.

14) Defendant's violation of ACEMA has caused Plaintiff damage by virtue of loss of time and the use of the computer and other damages as shall be proven at the time of trial.

15) A.R.S § 44-1372.02 provides, "If an injury results from the intentional transmission of unsolicited commercial electronic mail, the injured person may recover attorney fees and costs and may choose, instead of receiving actual damages, to recover ten dollars for each unsolicited commercial electronic mail message transmitted in violation of this article or twenty-five thousand dollars, whichever is less."

16) Plaintiff intends to seek judgment against Defendant as follows:

   a) For statutory damages pursuant to A.R.S. § 44-1372.02; and

   b) Costs and attorney's fees in addition to the statutory or actual damages; and

   c) Punitive damages as alleged below.

17) Additionally, Defendant's violation of ACEMA was motivated by economic self interest without any regard for the rights of Plaintiff. Defendant knowingly and intentionally damaged Plaintiff, entitling Plaintiff to an award of punitive damages as determined at the time of trial.

NOW, THEREFORE, Plaintiff requests relief as follows:

   A. For statutory damages pursuant to A.R.S. § 44-1372.02; and

   B. For costs and attorney's fees in pursuit of this action in addition to the statutory or actual damages; and

   C. For punitive damages in an amount to be proven at trial; and

   D. For such other and further relief as the court may deem just and proper.

### COUNT TWO
(Violation of Arizona Consumer Fraud Act)

18) Plaintiff realleges all allegations heretofore set forth.

19) Pursuant to A.R.S. § 44-1372.01(C), a violation of ACEMA is unlawful practice pursuant to A.R.S. § 44-1522, the Arizona Consumer Fraud Act ("ACFA"); Plaintiff has a private cause of action for the violation of ACFA.

20) Plaintiff has been damaged by Defendant's violation of the ACFA.

21) Defendant's violation of ACFA has caused Plaintiff damage by virtue of loss of time and the use of the computer and other damages as shall be proven at the time of trial.

22) Plaintiff is entitled to an award of costs and attorney's fees against Defendant.

23) Additionally, Defendant's violation of ACFA was motivated by economic self interest without any regard for the rights of Plaintiff. Defendant knowingly and intentionally damaged Plaintiff, entitling Plaintiff to an award of punitive damages as determined at the time of trial.

NOW, THEREFORE, Plaintiff requests relief as follows:

    A. For damages for Defendant's violation of ACFA in an amount to be proven at the time of trial; and

    B. For costs and attorney fees; and

    C. For punitive damages in an amount to be proven at trial; and

    D. For such other and further relief as the court may deem just and proper.

RESPECTFULLY SUBMITTED this 18th day of June, 2008.

                              PETER STROJNIK

                              Peter Strojnik
                              Attorney for the Plaintiff

| | |
|---|---|
| Subj: | **Your FamilySafetyReport.com Membership Information (528434751)** |
| Date: | 6/17/2008 4:22:33 P.M. US Mountain Standard Time |
| From: | membersavings@familysafetyreport.com |
| To: | STROJNIK@AOL.COM |

Dear Peter Strojnik,

**Welcome!** You're receiving this e-mail because you accepted a special offer to receive a FREE registered Sex Offender Report of your neighborhood for trying our *Family Safety Report*[SM] program. Protecting your family and home just got easier thanks to the detailed reports, expert safety guides and other valuable safety benefits available to you as a member of *Family Safety Report*.

**Claim your gift!**
To claim your gift, simply log on to www.familysafetyreport.com and click on the "Claim Your Free Gift" link.

**Access your benefits now!**
Simply click the link below for automatic access to your *FamilySafetyReport.com* benefits.

Your membership ID is: 528434751. If you decide to login later, you will need to enter your member ID and Zip Code to access the *FamilySafetyReport.com* website at:

www.familysafetyreport.com

Request your FREE registered Sex Offender Report online and receive it instantly!

*Family Safety Report* helps members like you to protect your family and home. From alerting you to the movements of sexual predators in your neighborhood to helping you make your home safer, the program offers a variety of valuable protection benefits that can save you money and increase your peace of mind.

**Here are just some of the peace-of-mind benefits available to you the instant you login:**

• A complete **Sex Offender Report** including names, recent pictures and complete descriptions of sexual offenders living near you and your family

• A FREE **Child ID Kit** that lets you gather and maintain all the information needed to react quickly in case your child is ever in danger.

• Round-the-clock access to FREE medical advice from registered nurses through our **24-hour Nurse Helpline**

• Plus, a wide variety of FREE, downloadable member-exclusive safety guides, checklists and Q&As that show how to make your home safer for you and your family.

You'll find details on all these benefits -- plus many others -- when you log onto *FamilySafetyReport.com*.

So take advantage of your *FamilySafetyReport.com* benefits during your 7-day trial membership period. We invite you to use our services for the full 7-day trial period. If within 7 days you don't feel that our services and benefits are everything we say they are, simply call us toll-free at 877-442-5710 to cancel your membership. *FamilySafetyReport.com* will automatically charge the

*Exhibit 1*

membership fee to your card at the end of your 7-day trial period and, unless you call to cancel, at the then-current fee each new membership month.

Important: Please save this email for future reference and bookmark www.familysafetyreport.com for instant access to your benefits.

Sincerely,
*FamilySafetyReport.com*
Member Savings