# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFF**
Peter Strojnik

**DEFENDANT**
Vertrue Incorporated

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Maricopa
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ ( IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Peter Strojnik, Esq.
3030 N. Central Ave., Ste. 1401
Phoenix, AZ 85012
(602) 297-3019
*In pro per*

**ATTORNEYS (IF KNOWN)**
Aaron C. Schepler
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ  85016
Telephone:  (602) 445-8000

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Nation | ☐3 | ☐3 |  | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
The plaintiff's state-law cause of action under the Arizona Commercial Electronic Mail Act is completely preempted by the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 (aka the "CAN-SPAM Act").  See 15 U.S.C. § 7707.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28USC 158 | ☐ 400 State Reapportionment |
| ☐120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28USC 157 | ☐ 410 Antitrust |
| ☐130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | PROPERTY RIGHTS | ☐450 Commerce/ICC Rates, etc. |
| ☐150 Recovery of Over-payment & Enforce-ment of Judgment | ☐330 Federal Employers Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| ☐151 Medicare Act | ☐ 340 Marine | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 650 Airline Regs | ☐ 830 Patent | |
| | ☐ 350 Motor Vehicle | ☐ 660 Occupational Safety/Health | ☐ 831 Trademark | |
| ☐153 Recovery of Overpay-ment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 690 Other | SOCIAL SECURITY | ☐ 810 Selective Service |
| | ☐ 360 Other Personal Injury | | | ☐ 850 Securities/ Commodities/ Exchange |
| ☐160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | LABOR | ☐ 861 HIA (1395FF) | |
| ☒190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐195 Contract Product Liab. | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | ☐ 730 Labor/Mgmt. | ☐ 864 SSID Title XVI | ☐ 892 Economic |

328,320,116v1

| REAL PROPERTY | PERSONAL PROPERTY | | | Stabilization Act |
|---|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g))<br><br>FEDERAL TAX SUITS<br><br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☒ 890 Other Statutory Actions |
| | CIVIL RIGHTS | | | |
| | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | | | |

**VI. ORIGIN**   (PLACE AN X IN ONE BOX ONLY)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   Transferred from ☐ 5 another district (specify)   ☐ 6 Multidistrict Litigation   Appeal to District ☐ 7 Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐

Check yes only if demanded in complaint: **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 7/23/08

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

328,320,116v1