# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's office.

Additional sheets may be used as necessary.

1.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party | Party Type | Attorney(s) |
    |---|---|---|
    | Peter Strojnik | Plaintiff | Self, SBN 006464<br>Peter Strojnik, P.C.<br>3030 N. Central Ave.<br>Ste. 1401<br>Phoenix, AZ 85012<br>(602) 296-0135 |
    | Vertrue Incorporated | Defendant | Aaron C. Schepler<br>SBN 019985<br>Greenberg Traurig, LLP<br>2375 E. Camelback Rd.<br>Ste. 700<br>Phoenix, AZ 85016<br>(602) 445-8000 |

2.  **Jury Demand:**

    Was a Jury Demand made in another jurisdiction?                         **No**

    If "Yes," by which party and on what date?

3.  **Answer:**

    Was an Answer made in another jurisdiction?                             **No**

If "Yes," by which party and on what date?

_____    _____

4. **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Defendant Vertrue Incorporated | June 23, 2008 | Personal service |

5. **Unserved Parties: N/A**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|

6. **Nonsuited, Dismissed or Terminated Parties: N/A**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | (1) Violation of the Arizona Commercial Electronic Mail Act (completely preempted by the CAN-SPAM Act, see 15 U.S.C. § 7707)<br><br>(2) Violation of the Arizona Consumer Fraud Act |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

2

328,320,383v1