Peter Strojnik, 6464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual<br><br>Plaintiff,<br><br>vs.<br><br>VERTUE CORPORATION dba / aka ADAPTIVE MARKETING dba / aka FAMILY SAFETY REPORT, a foreign corporation.<br><br>Defendant. | NO. CV-08-1355-PHX-ROS<br><br>**NOTICE OF DISMISSAL**<br><br>Rule 41(a)(1) |

Defendants have not filed an answer or a motion for summary judgment. Therefore, Plaintiff gives notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). This notice of dismissal is **without** prejudice.

RESPECTFULLY SUBMITTED this 31st day of July, 2008.

                                        PETER STROJNIK

                                        _____
                                        Peter Strojnik
                                        Attorney for the Plaintiff

-1-